Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Shaminderjit Sandhu

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00094 DJC |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATE FOR BAIL MOTION |
| vs. | |
| SHAMINDERJIT SANDHU, | |
| Defendant. | |

The government, on behalf of Assistant United States Attorney Adrian Kinsella, and the

defendant, represented by attorney Timothy E. Warriner, hereby stipulate and agree that the date

for defendant's bail motion be continued to **June 9, 2023, at 2:00 p.m.,** to be heard by

Magistrate Judge Newman. The June 2, 2023 motion hearing date is vacated.

DATED: May 30, 2023            /s/ Timothy E. Warriner, Attorney for defendant,
                               Shaminderjit Sandhu


DATED: May 30, 2023            /s/ Adrian Kinsella, Assistant United States
                               Attorney, for the government

1

## ORDER

The court hereby continues the defendant's bail motion to June 9, 2023 at 2:00 p.m. The motion will be on Judge Newman's calendar.  The June 2, 2023 motion hearing is vacated.

DATED: May 30, 2023

_____
UNITED STATES MAGISTRATE JUDGE
JEREMY D. PETERSON