Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Shaminderjit Sandhu

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHAMINDERJIT SANDHU,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00094-DJC<br><br>ORDER SEALING DOCUMENT<br>Local Rule 141(b) |

　　　　IT IS HEREBY ORDERED that document 1 be sealed until further order of the court. All authorized persons referenced in the protective order (Doc 21) shall have access to document 1.

　　　　Dated:  June 5, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1