Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Shaminderjit Sandhu

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SHAMINDERJIT SANDHU,<br><br>   Defendant. | Case No. 2:23-cr-00094 DJC<br><br>STIPULATION AND ORDER<br>CONTINUING DATE FOR BAIL MOTION |

The government, on behalf of Assistant United States Attorney Adrian Kinsella, and the defendant, represented by attorney Timothy E. Warriner, hereby stipulate and agree that the date for defendant's bail motion be continued to **June 13, 2023, at 2:00 p.m.** The June 9, 2023 motion hearing date is vacated.

DATED: June 7, 2023           /s/ Timothy E. Warriner, Attorney for defendant, Shaminderjit Sandhu

DATED: June 7, 2023           /s/ Adrian Kinsella, Assistant United States Attorney, for the government

1

## ORDER

The court hereby continues the defendant's bail motion to June 13, 2023, at 2:00 p.m. before Magistrate Judge Delaney. The June 9, 2023 motion hearing is vacated.

Dated:  June 7, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE