UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:23-cr-00094-DJC-3 |
| ) | |
| Plaintiff, ) | ORDER SEALING DOCUMENT |
| ) | Local Rule 141(b) |
| ) | |
| vs. ) | |
| ) | |
| SHAMINDERJIT SANDHU, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that document 1 be sealed until further order of the court. All

authorized persons referenced in the protective order (Doc 21) shall have access to Exhibits A

and B.

Dated:  March 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE