UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00094-DJC-3 |
| Plaintiff, | ) ORDER SEALING DOCUMENT |
| | ) Local Rule 141(b) |
| vs. | ) |
| SHAMINDERJIT SANDHU, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that Exhibit A and declaration of counsel be sealed until further order of the court. All authorized persons referenced in the protective order (Doc 21) shall have access to documents 1.

Dated:  May 1, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3