JAI M. GOHEL
Cal. Bar No. 170782
819 Eddy St.
San Francisco Ca, 94109
415-771-6174
jaigohel@rocketmail.com

ERICK L. GUZMAN
Cal. Bar No. 244391
115 4TH St. Suite D
Santa Rosa, California, 95401
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for defendant,
Shaminderjit Sandhu

**UNDER SEAL**

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAMINDERJIT SANDHU,<br><br>Defendant. | Case No.: 2:23-cr-00094-DJC-3<br><br>**ORDER SEALING DOCUMENTS**<br><br>Local Rule 141(b) |

IT IS HEREBY ORDERED that Exhibits C through L, and declaration of counsel be sealed until further order of the court. The Court, the Government and the Defense will all have access to these exhibits.

Dated: January 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE