ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                 v.<br><br>SHAMINDERJIT SINGH SANDHU,<br><br>                              Defendant. | CASE NO.  2:23-CR-0094-DJC-3<br><br>STIPULATION REGARDING JOINT REQUEST TO VACATE THE RESTITUTION HEARING CURRENTLY SET FOR NOVEMBER 6, 2025; FINDINGS AND ORDER<br><br>DATE: February 26, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for restitution hearing on February 26, 2026.  ECF No. 189.

2.     The parties agree and stipulate, and request that the Court find the following:

a)     The defendant pleaded guilty on July 31, 2025, and was sentenced on August 14, 2025.  ECF Nos. 157, 187.

b)     At the sentencing hearing, the Court set a restitution hearing at the parties' request.

c)     The parties now agree that a restitution hearing is no longer necessary as to this defendant.

3.    By this stipulation, the parties now move to vacate the restitution hearing.

IT IS SO STIPULATED.


Dated:  February 12, 2026                    ERIC GRANT
                                             United States Attorney


                                             /s/ ADRIAN T. KINSELLA
                                             ADRIAN T. KINSELLA
                                             Assistant United States Attorney


Dated:  February 12, 2026                    /s/ ERICK L. GUZMAN
                                             JAI M. GOHEL & ERICK L. GUZMAN
                                             Counsel for Defendant
                                             Shaminderjit Singh Sandhu


**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of February 2026.


                                             /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING JOINT REQUEST TO VACATE
RESTITUTION HEARING; FINDINGS AND ORDER